MAX KESLIN, Appellant, v. HATTIE J. DANZIGER, as Executrix of ARTHUR F. DANZIGER, Deceased, Respondent.— In our opinion, the decision of the learned trial justice in favor of the defendant in respect of the full amount is against the weight of evidence.  Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

LENA KOBLIN, as Executrix of MORRIS S. KOBLIN, Deceased, Respondent, v. HENRY GREEN, Appellant.— Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

MARY LAVENTHALL et al., Respondent, v. FIREMAN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, et al., Appellants.— The presentation of proof on the trial of many wholly irrelevant matters, which tended to becloud the issues raised by the pleadings, will not occur upon a new trial.  Judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event.  Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

SOL O. MALTZ, Respondent, v. JACOB ROSENBERG, as President, or HARRY A. SUBER, as Treasurer of Associated Musicians of Greater New York, Local 802 of American Federation of Musicians, Appellants.— The first and second hearings before the appellants' trial board constituted in effect, but one trial, in the subject-matter of which the trial board had a personal interest.  The proof was sufficient to justify the conclusion of the Special Term to the effect that the plaintiff could not secure a fair and impartial trial because of the implied bias on the part of the trial board, which rendered the proceeding contrary to natural justice. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.